Laveina DAVIS, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 02–7353.

United States Court of Appeals, Federal Circuit.

July 21, 2004.

Kyle E. Chadwick, David M. Cohen, Franklin E. White, Jr., Washington, DC, for Respondent–Appellee.

Kenneth M. Carpenter, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

ON MOTION

*ORDER*

Upon consideration of the appellant's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.

Deloris R. ROBINSON, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 04–3336.

United States Court of Appeals, Federal Circuit.

July 23, 2004.

Glenwood P. Roane, Sr., Horne, Gilluly, Memphis, TN, for Petitioner.

Richard S. Ewing, Mark A. Melnick, David M. Cohen, Washington, DC, for Respondent.

ORDER

Order Vacated, See 107 Fed.Appx. 218.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.